IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF WENDY ARIANA SPENCE, by and through BRIAN L. SPENCE AND MARITZA MOLEIRO-SPENCE, Parents and Co-Administrators of the Estate of WENDY SPENCE,<br><br>*Plaintiff,*<br><br>v.<br><br>YEADON BOROUGH, et al.,<br><br>*Defendants.* | CIVIL ACTION<br><br>NO. 24-1530 |

**PAPPERT, J.**                                                                                           September 9, 2024

## ORDER

**AND NOW**, this 9th day of September, 2024, upon consideration of the Estate of Wendy Ariana Spence's Amended Complaint (ECF No. 15), Trinity Health Mid-Atlantic Medical Group and Lyle Kunkle's Motion to Dismiss (ECF No. 17), and the Estate's Response (ECF No. 18), it is hereby **ORDERED** that the Motion is **DENIED** in part and **GRANTED** in part:

1. The motion is **DENIED** as to Count I and **GRANTED** as to Count III. The Estate's claims for violation of the Pennsylvania Emergency Medical Services System Act against Trinity Health and Kyle Kunkle are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

1