IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF WENDY ARIANA SPENCE, by and through BRIAN L. SPENCE AND MARITZA MOLEIRO-SPENCE, Parents and Co-Administrators of the Estate of WENDY SPENCE, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> YEADON BOROUGH, et al., <br><br> *Defendants.* | CIVIL ACTION <br> No. 24-1530 |

## ORDER

**AND NOW**, this 17th day of March, 2025, upon consideration of Plaintiffs' Petition for Approval of Settlement (ECF No. 48), to which no objections have been filed, and Plaintiffs' Supplemental Petition (ECF No. 50), it is **ORDERED** that Plaintiffs are authorized to enter into a settlement with Defendants in the gross sum of $2,225,000, to be paid by Yeadon Borough and Mercy Management of Southeastern Pennsylvania in accordance with the releases presented to the Court. Defendants shall forward all settlement drafts or checks to Plaintiffs' counsel for proper distribution.

It is further ordered that the settlement proceeds shall be allocated as follows:

| | |
|---|---:|
| To: G.D., Wrongful Death Beneficiary, to be paid to Prudential Assigned Settlement Services Corporation for the structured annuity described in the Petition | $750,000 |
| To: The Estate of Wendy Spence, Survival Beneficiary | $725,000 |
| To: LaRosa Law Firm (reimbursement of expenses) | $25,000 |
| To: LaRose Law Firm | $750,000 |

1

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.